**Opinion issued February 11, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00983-CV

————————————

## IN RE CHRISTUS HEALTH GULF COAST D/B/A CHRISTUS ST. CATHERINE HOSPITAL, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, CHRISTUS Health Gulf Coast d/b/a CHRISTUS St. Catherine Hospital, has filed a petition for writ of mandamus contending that respondent, the Honorable Mike D. Miller, abused his discretion in granting real party in interest's, Robin Aranza, Individually and on Behalf of Frank Aranza, Deceased, motion to compel the depositions of three hospital nurses and a hospital corporate

representative.[1] CHRISTUS contends that the depositions "constitute pre-suit depositions of current employees of a hospital that may very likely be later added as a Defendant" in Aranza's lawsuit and, therefore, are not allowed under Texas Civil Practice and Remedies Code section 74.351(s) & (u) and *In re Jorden*, 249 S.W.3d 416 (Tex. 2008). CHRISTUS requests issuance of a writ of mandamus to compel respondent to vacate his November 4, 2013 order granting Aranza's motion to compel the depositions.

We deny the petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.

---

[1] The petition identifies the underlying case as *Robin Aranza, Individually and on Behalf of Frank Aranza, Deceased v. Arturo Gonzalez, M.D.*, Cause No. 2013-19390, in the 11th District Court of Harris County, Texas, the Honorable Mike D. Miller, presiding.